**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LYNN STRANGE, ET AL., | |
| Plaintiffs, | |
| v. | Civil No. 8:19-cv-02761-DLB |
| PRINCE GEORGE'S COUNTY, MARYLAND, | |
| Defendant. | |

## JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT

Plaintiffs, Lynn Strange, et al. (hereinafter, "Plaintiffs"), and Defendant, Prince George's County, Maryland, (hereinafter, "Defendant") (hereinafter, jointly referred to as "the Parties"), hereby file their Joint Motion for Judicial Approval of Settlement in the above-captioned matter. The Parties respectfully request that this Honorable Court approve the settlement agreement that the Parties have reached concerning Plaintiffs' lawsuit under the Fair Labor Standards Act 29 U.S.C. § 201, *et seq*. (hereinafter, "FLSA"). The Parties seek this Court's approval of the Parties' settlement agreement.

Dated: April 15, 2025

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____/s/_____

Eric Hemmendinger (Bar No. 02050)
Parker E. Thoeni (Bar No. 30250)
Jamie L. Salazer (Bar No. 30676)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1 South St., Suite 1800
Baltimore, MD  21202
Telephone:  410-752-1040
Facsimile:  410-558-6200
eric.hemmendinger@ogletreedeakins.com
parker.thoeni@ogletreedeakins.com
jamie.salazer@ogletreedeakins.com

Shelley L. Johnson
Office of Law for Prince George's County
1301 Mc. Cormick Drive, Suite 4100
Largo, MD 20774
Telephone: 301-952-3941
sljohnson@co.pg.md.us

*Attorneys for Defendant*

_____/s/ (with permission)_____

Daniel M. Rosenthal (Bar No. 21101)
Michael Ellement (Bar No. 20403)
JAMES & HOFFMAN, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
Telephone: (202) 496-0500
dmrosenthal@jamhoff.com
mpellement@jamhoff.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15, 2025, a copy of the Joint Motion for Judicial Approval of Settlement, the Memorandum of Law in Support of the Joint Motion for Judicial Approval of Settlement and the Order Granting Judicial Approval of Settlement were served via the Court's Electronic Case Filing System upon:

Daniel M. Rosenthal
Michael Ellement
JAMES & HOFFMAN, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006

*Attorneys for Plaintiffs*

_____/s/_____
Parker E. Thoeni